# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: Lynn Antonov

Case No.: __17-12679__
Chapter: __13__
Judge: __MBK__

## NOTICE OF PROPOSED PRIVATE SALE

Lynn Antonov, in this case proposes to sell property of the estate to the persons on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | U. S. Bankruptcy Court Clerk's Office<br>Clarkson S. Fisher U. S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __May 9, 2017__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ 08608__ (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| |
|---|
| Description of property to be sold: 38 Pitman Avenue, Ocean Grove, NJ 07756 |

| |
|---|
| Proposed Purchaser: Robert Wood & Louise Wood |

| |
|---|
| Sale price: $590,000.00 |

XX Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| |
|---|
| Name of professional: Ann Bradley, Esq. of Hundley & Bradley LLC<br><br>Amount to be paid: $1,250.00<br><br>Services rendered: Attorney for the Seller |

> Name of professional: Judith Collin of Century 21 Action Plus
>
> Amount to be paid: $14,750.00
>
> Services rendered: Realtor for the Seller
>
> Name of professional: Danielle Coyle of Coldwell Banker
>
> Amount to be paid: $14,750.00
>
> Services rendered: Realtor for the Buyer

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34
Suite 10
Wall, NJ 07727

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                           Case No. 17-12679-MBK
Lynn Antonov                                                     Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin            Page 1 of 2           Date Rcvd: Apr 11, 2017
                              Form ID: pdf905        Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db             +Lynn Antonov,    217 Moss Place,    Neptune, NJ 07753-3657
aty            +Phelan Hallinan & Schmieg,    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Financial Resources Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                229 Broad Street,    Red Bank, NJ 07701-2009
cr             +WELLS FARGO BANK, N.A.,     Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516641443      +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
516641444      +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
516641446      +Financial Resources FCU,    520 US Highway 22 East,    1st Floor,    Bridgewater, NJ 08807-2489
516706045      +Macar Antonov,    217 Moss Place,    Neptune, NJ 07753-3657
516641450      +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,    #100,
                Mount Laurel, NJ 08054-3437
516641451      +Rushmore Loan Management Services,     P.O. Box 52708,    Irvine, CA 92619-2708
516641449     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,    Bankruptcy Section,    P.O. Box 245,
                Trenton, NJ 08695)
516681576      WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516641453      +Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: danielle@redbanklaw.com Apr 11 2017 22:47:37     McKenna, Du Pont, Higgins & Stone,
                229 Broad Street,    Po Box 610,    Red Bank, NJ 07701-0610
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:25      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 11 2017 22:48:22      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516641445       E-mail/Text: mrdiscen@discover.com Apr 11 2017 22:47:38      Discover Financial SVC LLC,
                P.O. Box 15316,    Wilmington, DE 19850
516652120       E-mail/Text: mrdiscen@discover.com Apr 11 2017 22:47:38      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516641447      +E-mail/Text: cio.bncmail@irs.gov Apr 11 2017 22:47:59      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
516641448      +E-mail/Text: danielle@redbanklaw.com Apr 11 2017 22:47:37     McKenna DuPont Higgins & Stone,
                229 Broad Street,    P.O. Box 610,    Red Bank, NJ 07701-0610
516641452      +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2017 22:45:21      SYNCB/PAYEXTRASMC,
                P.O. Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Financial Resources FCU,    520 US Highway 22 East 1st Floor,    Bridgewater, NJ 08807-2489
lm*            +Rushmore Loan Management Services,    P.O. box 52708,    Irvine, CA 92619-2708
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Apr 11, 2017
                              Form ID: pdf905            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas     on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George E Veitengruber, III     on behalf of Debtor Lynn   Antonov Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              James Patrick Shay     on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
              Michael Frederick Dingerdissen     on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Michael R. DuPont     on behalf of Creditor    Financial Resources Federal Credit Union
               dupont@redbanklaw.com,   dana@redbanklaw.com
              Nicholas V. Rogers     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
               nj.bkecf@fedphe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```