George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

**Order Filed on May 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| Lynn Antonov | Case No. 17-12679 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: May 9, 2017 |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: May 12, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as 38 Pitman Avenue, Ocean Grove, New Jersey 07756 (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. X In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

---

Name of professional: Ann Bradley, Esq. of Hundley & Bradley LLC

Amount to be paid: $1,250.00

Services rendered: Attorney for the Seller


Name of professional: Judith Collin of Century 21 Action Plus

Amount to be paid: $14,750.00

Services rendered: Realtor for the Seller


Name of professional: Danielle Coyle of Coldwell Banker

Amount to be paid: $14,750.00

Services rendered: Realtor for the Buyer

---

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___0.00_____ claimed as exempt may be paid to the Debtor.

6. The XX *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions: