Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–12679–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lynn Antonov
217 Moss Place
Neptune, NJ 07753

Social Security No.:
xxx–xx–0847

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/28/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 28, 2017
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-12679-MBK
Lynn Antonov　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Sep 28, 2017
　　　　　　　　　　　　　　Form ID: 148　　　　Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
```
db             +Lynn Antonov,   217 Moss Place,    Neptune, NJ 07753-3657
aty            +Phelan Hallinan & Schmieg,   400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Financial Resources Federal Credit Union,   McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,   Red Bank, NJ 07701-2009
cr             +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516641446      +Financial Resources FCU,   520 US Highway 22 East,    1st Floor,   Bridgewater, NJ 08807-2489
516706045      +Macar Antonov,   217 Moss Place,   Neptune, NJ 07753-3657
516641450      +Phelan Hallinan Diamond & Jones PC,   400 Fellowship Road,    #100,
                 Mount Laurel, NJ 08054-3437
516641451      +Rushmore Loan Management Services,    P.O. Box 52708,   Irvine, CA 92619-2708
516641449     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    NJ Division of Taxation,   Bankruptcy Section,   P.O. Box 245,
                 Trenton, NJ 08695)
516837014      +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A,   C/O RUSHMORE LOAN MANAGEMENT SERVICES,
                 P.O. BOX 55004,   IRVINE CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: danielle@redbanklaw.com Sep 28 2017 22:48:05      McKenna, Du Pont, Higgins & Stone,
                 229 Broad Street,   Po Box 610,   Red Bank, NJ 07701-0610
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2017 22:48:46      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2017 22:48:43      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516641443      +EDI: BANKAMER.COM Sep 28 2017 22:28:00      Bank of America Home Loans,   7105 Corporate Drive,
                 Plano, TX 75024-4100
516792285       EDI: BANKAMER.COM Sep 28 2017 22:28:00      Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL 33631-3785
516641444      +EDI: CHASE.COM Sep 28 2017 22:28:00      Chase Bank USA,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
516641445       EDI: DISCOVER.COM Sep 28 2017 22:28:00      Discover Financial SVC LLC,   P.O. Box 15316,
                 Wilmington, DE 19850
516652120       EDI: DISCOVER.COM Sep 28 2017 22:28:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
516881647       E-mail/Text: danielle@redbanklaw.com Sep 28 2017 22:48:05
                 Financial Resources Federal Credit Union,   C/O McKenna, DuPont, Higgins & Stone, PC,
                 PO Box 610,   Red Bank, NJ 07701-0610
516641447      +EDI: IRS.COM Sep 28 2017 22:28:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
516641448      +E-mail/Text: danielle@redbanklaw.com Sep 28 2017 22:48:05      McKenna DuPont Higgins & Stone,
                 229 Broad Street,   P.O. Box 610,   Red Bank, NJ 07701-0610
516641452      +EDI: RMSC.COM Sep 28 2017 22:28:00      SYNCB/PAYEXTRASMC,   P.O. Box 965005,
                 Orlando, FL 32896-5005
516872379      +EDI: AIS.COM Sep 28 2017 22:28:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516681576       EDI: WFFC.COM Sep 28 2017 22:28:00      WELLS FARGO BANK, N.A.,   Wells Fargo Bank, N.A.,
                 Default Document Processing,   MAC N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
516641453      +EDI: WFFC.COM Sep 28 2017 22:28:00      Wells Fargo Bank N.A.,   1 Home Campus,   MAC X2303-01A,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Financial Resources FCU,   520 US Highway 22 East 1st Floor,   Bridgewater, NJ 08807-2489
lm*            +Rushmore Loan Management Services,   P.O. box 52708,   Irvine, CA 92619-2708
516820148*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Sep 28, 2017
                              Form ID: 148             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          George E Veitengruber, III    on behalf of Debtor Lynn    Antonov Gveitengruberesq@gmail.com,
           knapolitano15@gmail.com
          James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
          Michael R. DuPont    on behalf of Creditor    Financial Resources Federal Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          Nicholas V. Rogers    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
           CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 10
```